# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151520(66)(67)

SHANNON BITTERMAN,
      Plaintiff-Appellant,

v

CHERYL D. BOLF,
      Defendant-Appellee.
_____/

SC: 151520
COA: 319663
Saginaw CC: 2013-019397-CZ

On order of the Chief Justice, the motion of the Michigan State University First Amendment Clinic and the Michigan Coalition for Open Government to participate as amicus curiae and to file an amicus brief in this matter is GRANTED. The amicus brief submitted on March 30, 2016, is accepted for filing. On further order of the Chief Justice, the motion of defendant-appellee to file a response to the amicus brief of the Michigan State University First Amendment Clinic and the Michigan Coalition for Open Government is GRANTED. The response submitted on April 4, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2016



Clerk